UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RYAN BRUCKMAN,

                        Plaintiff,

vs.

GREENE COUNTY, GREENE COUNTY SHERIFF, JOHN DELVECCHIO, RAYMOND FEML, TOWNSQUARE MEDIA, INC., GREEN MTN. CONCERT SERVICES, INC., CONTEMPORARY SERVICES CORPORATION, "JOHN DOE" and "RICHARD ROE",

                        Defendants.

**STIPULATION OF DISMISSAL AS TO DEFENDANT, GREEN MTN. CONCERT SERVICES, INC.**

Civil Action No. 1:19-cv-670 (BKS/DJS)

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that this action is hereby dismissed in its entirety for all claims and cross-claims as against defendant, GREENE MTN. CONCERT SERVICES, INC., without prejudice, along with GREENE MTN. CONCERT SERVICES, INC.'S cross-claims as against defendants CONTEMPORARY SERVICES CORPORATION, JOHN DELVECCHIO, RAYMOND FEML, JOHN DOE, AND RICHARD ROE, without prejudice, with each party bearing its own costs and attorneys' fees.

DATED: May 11, 2020

HARRIS, CONWAY & DONOVAN, PLLC

By: _____
     Michael C. Conway, Esq.
     Bar Roll No. 302055
*Attorneys for Plaintiff*
550 State Street, 2nd Floor
Albany, NY 12207
(518) 436-1661

{S1170232.1}

DATED: May 8, 2020

**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**

By: _/s/ Marla Raus_
Marla E. Raus, Esq.
Bar Roll No. 701275
*Attorneys for Defendant,*
*Greene Mtn. Concert Services*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
(315) 474-2911

DATED: May ____, 2020

**MURPHY BURNS LLP**

By: _/s/ Thomas K. Murphy_
Thomas K. Murphy, Esq.
Bar Roll No. 505396
*Attorneys for Defendants,*
*John Delvecchio and Raymond Feml*
407 Albany Shaker Road
Loudonville NY 12211
(518) 690-0096

DATED: May 13, 2020

**LITCHFIELD CAVO LLP**

_/s/ Brian Gitnik_
Brian Gitnik, Esq. (BSG 3966)
*Attorneys for Defendant,*
*Contemporary Services Corp.*
420 Lexington Avenue, Suite 2104
New York, New York 10170
(212) 792-9772

IT IS SO ORDERED:

_/s/ Brenda K. Sannes_
Brenda K. Sannes
U.S. District Judge

Dated: May 13, 2020
Syracuse, NY

{S1170232.1}